UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY KENNEDY,

       Plaintiff,                       CIVIL ACTION NO. 08-10267
vs.                                       DISTRICT JUDGE ARTHUR J. TARNOW
                                           MAGISTRATE JUDGE DONALD A. SCHEER

BRUCE L. CURTIS, et.al.,

       Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION SEEKING ADDITIONAL 60 DAYS TO SERVE DEFENDANTS

This cause comes before the Court on Plaintiff's Third Motion for a 60 day extension to serve the defendants (Docket #18) dated October 22, 2009. Plaintiff's motion for an additional 60 days to serve defendants is hereby GRANTED. The Court orders Plaintiff to serve the complaint upon defendants no later than December 22, 2009. No further extensions will be granted unless extraordinary good cause is shown.

SO ORDERED.

                                                 s/Donald A. Scheer
                                                 DONALD A. SCHEER
                                                 UNITED STATES MAGISTRATE JUDGE

DATED: November 2, 2009

_____

**CERTIFICATE OF SERVICE**

I hereby certify on November 2, 2009 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on November 2, 2009: **Johnny Kennedy.**

                                                 s/Michael E. Lang
                                               Deputy Clerk to
                                               Magistrate Judge Donald A. Scheer
                                               (313) 234-5217