UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY KENNEDY,

       Plaintiff,                       CIVIL ACTION NO. 08-10267
vs.                                  DISTRICT JUDGE ARTHUR J. TARNOW
                                        MAGISTRATE JUDGE DONALD A. SCHEER

BRUCE L. CURTIS, et.al.,

       Defendants.
_____/

### ORDER DIRECTING ATTORNEY GENERAL'S OFFICE
### TO SUBMIT ADDRESS OF NICHOLAS THOMAS
### UNDER SEAL IN ORDER TO EFFECTUATE SERVICE OF PROCESS

Plaintiff, who has not been granted in *forma pauperis* status, has filed four motions to extend the time to serve the defendants. He has succeeded in serving three of four named defendants to date. On January 25, 2010, the Michigan Department of Corrections (MDOC) notified the Court that Mr. Nicholas Thomas, the last remaining unserved defendant, no longer is employed by the department. For security reasons, the MDOC does not provide home addresses of former employees to prisoners (Docket #31).

In order to facilitate service of process, the Court ORDERS the Attorney General's Office to submit the address of Nick Thomas to the court under seal in order that service of process can be mailed to him. Once the address is received, the United States Marshal will be ordered to serve the appropriate papers in this case on the above-named defendant without prepayment of the costs for such service. The Marshal may collect the usual and customary costs from Plaintiff after effecting service.

      SO ORDERED.

                                                s/Donald A.Scheer
                                                DONALD A. SCHEER
                                                UNITED STATES MAGISTRATE JUDGE
DATED: February 12, 2010

## CERTIFICATE OF SERVICE

      I hereby certify on February 12, 2010 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on February 12, 2010: **Johnny Kennedy.**

                                            s/Michael E. Lang
                                            Deputy Clerk to
                                            Magistrate Judge Donald A. Scheer
                                            (313) 234-5217