# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOHNNY KENNEDY,

       Plaintiff,

v.

BRUCE L. CURTIS, *et al.*,

       Defendants.
_____/

Case No. 08-10267

DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
DONALD A. SCHEER

# ORDER
# ADOPTING THE MAGISTRATE'S REPORT AND RECOMMENDATION [40]
# and
# DENYING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE [38]

    Before the Court is the Magistrate Judge's Report and Recommendation [40], filed on May 24, 2010, regarding Plaintiff's Motion to Dismiss Without Prejudice [38]. The Magistrate Judge recommended that Plaintiff's Motion be denied, and the parties have filed no objections to the Report and Recommendation.

    There having been no objections, and the Court being fully advised in the premises,

    **IT IS ORDERED** that the Report and Recommendation [40] is **ADOPTED.**

    Accordingly, Plaintiff's Motion to Dismiss Without Prejudice [38] is **DENIED**.

    **SO ORDERED.**


                                S/ARTHUR J. TARNOW
                                Arthur J. Tarnow
                                United States District Judge

Dated: June 24, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record and

      **Johnny Kennedy** # 139041
      COOPER STREET CORRECTIONAL FACILITY
      3100 COOPER STREET
      JACKSON, MI 49201

on June 24, 2010, by electronic and/or ordinary mail.

                        S/LISA M. WARE
                        Case Manager